# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                        CASES NO.  4:98cr69-RH
                                                   4:13cv325-RH/CAS

CARLON BURNICE CRAWFORD,

      Defendant.

_____/

## ORDER DENYING THE § 2255 MOTION

The defendant has moved under 28 U.S.C. § 2255 for relief from his judgment of conviction.  The motion is before the court on the magistrate judge's report and recommendation, ECF No. 45.  No objections have been filed.  This order accepts the report and recommendation and denies the § 2255 motion.

A defendant may appeal the denial of a § 2255 motion only if the district court or court of appeals issues a certificate of appealability.  Under 28 U.S.C. § 2253(c)(2), a certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."  *Miller-El v. Cockrell*, 537 U.S. 322, 335-38 (2003); *Slack v. McDaniel*, 529 U.S. 473, 483-84

(2000); *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983); *see also Williams v.*
*Taylor*, 529 U.S. 362, 402-13, 120 S. Ct. 1495, 146 L. Ed. 2d 389 (2000) (setting
out the standards applicable to a § 2254 petition on the merits).  As the Court said
in *Slack*:

> To obtain a COA under § 2253(c), a habeas prisoner must make
> a substantial showing of the denial of a constitutional right, a
> demonstration that, under *Barefoot*, includes showing that reasonable
> jurists could debate whether (or, for that matter, agree that) the
> petition should have been resolved in a different manner or that the
> issues presented were "adequate to deserve encouragement to proceed
> further."

*Slack*, 529 U.S. at 483-84 (quoting *Barefoot*, 463 U.S. at 893 n.4).  Further, in
order to obtain a certificate of appealability when dismissal is based on procedural
grounds, a petitioner must show, "at least, that jurists of reason would find it
debatable whether the petition states a valid claim of the denial of a constitutional
right and that jurists of reason would find it debatable whether the district court
was correct in its procedural ruling."  *Slack*, 529 U.S. at 484.

　　　The defendant has not made the required showing.  This order thus denies a
certificate of appealability.  Because the defendant has not obtained—and is not
entitled to—a certificate of appealability, any appeal by the defendant will not be
taken in good faith.  I certify under Federal Rule of Appellate Procedure 24(a) that
any appeal will not be taken in good faith and that the defendant is not otherwise
entitled to proceed *in forma pauperis* on appeal.  Accordingly,

IT IS ORDERED:

1. The clerk must enter a judgment stating, "The defendant's motion for

relief under 28 U.S.C. § 2255 is DENIED for lack of jurisdiction.

2. The defendant's application for a certificate of appealability is DENIED.

3.  Leave to proceed on appeal *in forma pauperis* is DENIED.

SO ORDERED on August 6, 2013.

s/Robert L. Hinkle
United States District Judge